IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> CHARTER COMMUNICATIONS, INC., ) <br> CHARTER COMMUNICATIONS HOLDINGS, ) <br> LLC, SPECTRUM MANAGEMENT HOLDING ) <br> COMPANY, LLC, CHARTER ) <br> COMMUNICATIONS OPERATING, LLC, AND ) <br> TIME WARNER CABLE, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 18-02033-RGA |

**STIPULATION OF PARTIAL DISMISSAL**

Plaintiff Sprint Communications Company L.P. ("Sprint") and Charter Communications, Inc., Charter Communications Holdings, LLC, Spectrum Management Holding Company, LLC, Charter Communications Operating, LLC, and Time Warner Cable, LLC (collectively "Defendants") hereby jointly stipulate that, under Rule 41(a)(1)(A)(ii), all claims relating to U.S. Patent No. 7,559,077 ("the '077 Patent") are dismissed with prejudice. Each side will bear its own fees and costs as to the dismissed claims relating to the '077 Patent.

1

2

| | |
|---|---|
| */s/ Christina B. Vavala* | */s/ Kelly E. Farnan* |
| R. Montgomery Donaldson (#4367) | Kelly E. Farnan (#4395) |
| Christina B. Vavala (#6135) | **RICHARDS, LAYTON & FINGER, P.A.** |
| **POLSINELLI PC** | One Rodney Square |
| 222 Delaware Avenue, Suite 1101 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 252-0920 | Telephone: (302) 651-7700 |
| Facsimile: (302) 252-0921 | farnan@rlf.com |
| rmdonaldson@polsinelli.com | |
| cvavala@polsinelli.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

SO ORDERED this _____ day of _____, 2019

_____
UNITED STATES DISTRICT JUDGE

2

70069603.1