**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 18-2033-RGA |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS HOLDINGS, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, TIME WARNER CABLE, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF SUBPOENA TO NATIONAL CENTER FOR
SUPERCOMPUTING APPLICATIONS AT THE UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure,

Charter Communications, Inc., Charter Communications Holdings, LLC, Spectrum Management

Holding Company, LLC, Charter Communications Operating, LLC, and Time Warner Cable, LLC

will serve the attached subpoenas (Exhibits 1 and 2) on National Center for Supercomputing

Applications at the University of Illinois at Urbana-Champaign.  Any production will be protected

by the Stipulated Protective Order issued in this case (D.I. 93).

RLF1 21902541v.1

2

OF COUNSEL:

Charles Verhoeven
David Eiseman
charlesverhoeven@quinnemanuel.com
davideiseman@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
50 California Street, 22nd Floor
San Francisco, California  94111-4788
415-875-6600

Deepa Acharya
deepaacharya@quinnemanuel.com
Patrick Stafford
patrickstafford@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
1300 I Street NW, Suite 900
Washington, D.C.  20005
202-538-8000

Stephanie Solomon
stephaniesolomon@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
51 Madison Ave., 22nd Floor
New York, NY 10010
212-849-7000

Dated:  August 20, 2019

*/s /Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendants Charter*
*Communications, Inc., Charter Communications*
*Holdings, LLC, Spectrum Management Holding*
*Company, LLC, Charter Communications*
*Operating, LLC, and Time Warner Cable, LLC*

2