IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P.,<br>         Plaintiff,<br><br>     v.<br><br>CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS HOLDINGS, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, TIME WARNER CABLE, LLC,<br><br>         Defendants. | C.A. No. 18-2033-RGA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES**

Plaintiff Sprint Communications Company L.P. and Defendants Charter Communications, Inc., Charter Communications Holdings, LLC, Spectrum Management Holding Company, LLC, Charter Communications Operating, LLC and Bright House Networks, LLC hereby file this Joint Motion to Stay All Deadlines, and in support thereof respectfully show the Court as follows:

The parties have reached an agreement in principle that will globally resolve all matters in controversy between Plaintiff and Defendants in this case, as well as other cases pending in the District of Kansas and the Western District of Texas.  The parties are in the process of reducing the settlement terms to a final written agreement and wish to conclude the settlement without burdening the Court with any additional filings and without incurring unnecessary expense. The parties anticipate they will be able to finalize the written settlement agreement and submit dismissal papers within approximately 30 days.

Accordingly, Plaintiff and Defendants jointly and respectfully request that the Court grant a stay of the proceedings between them, including all deadlines, until May 26, 2021.  In the event

that the parties are not able to finalize a settlement by May 26, they will jointly provide the Court a status update at that time.

The parties submit that good cause exists for granting this agreed motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served. A proposed order granting this Joint Motion is attached.

WHEREFORE, the parties jointly and respectfully ask the Court to enter an Order staying this case.

| | |
|---|---|
| */s/ Stephen J. Kraftschik* | */s/ Kelly E. Farnan* |
| Stephen J. Kraftschik (#5623) | Kelly E. Farnan (#4395) |
| Christina B. Vavala (#6135) | Richards, Layton & Finger P.A. |
| 222 Delaware Avenue, Suite 1101 | One Rodney Square |
| Wilmington, DE 19801 | 920 N. King Street |
| (302) 252-0924 | Wilmington, DE 19801 |
| skraftschik@polsinelli.com | (302) 651-7700 |
| cvavala@polsinelli.com | farnan@rlf.com |
| | |
| *Attorneys for Plaintiff Sprint Communications Company L.P.* | *Attorneys for Defendants Charter Communications, Inc., Charter Communications Holdings, LLC, Spectrum Management Holding Company, LLC, Charter Communications Operating, LLC, and Time Warner Cable, LLC* |
| | |
| OF COUNSEL: | |
| B. Trent Webb | OF COUNSEL: |
| Aaron E. Hankel | Charles Verhoeven |
| John D. Garretson | David Eiseman |
| Ryan J Schletzbaum | Quinn Emanuel Urquhart & Sullivan |
| Ryan D. Dykal | 50 California Street, 22nd Floor |
| Jordan T. Bergsten | San Francisco, CA 94111-4788 |
| Lauren E. Douville | (415) 875-6600 |
| Mark D. Schafer | |
| Maxwell C. McGraw | Deepa Acharya |
| Samuel J. LaRoque | Patrick Stafford |
| Lydia C. Raw | Quinn Emanuel Urquhart & Sullivan |
| Shook, Hardy & Bacon L.L.P. | 1300 I Street NW, Suite 900 |
| 2555 Grand Boulevard | Washington, D.C. 20005 |
| Kansas City, MO 64108 | (202) 538-8000 |
| (816) 474-6550 | |

Robert H. Reckers
Michael W. Gray
Jonathan M. Hernandez
SHOOK, HARDY & BACON L.L.P.
JP Morgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008


April 27, 2021