IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS <br> COMPANY L.P, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br> CHARTER COMMUNICATIONS <br> HOLDINGS, LLC, SPECTRUM <br> MANAGEMENT HOLDING COMPANY, <br> LLC, CHARTER COMMUNICATIONS <br> OPERATING, LLC, TIME WARNER <br> CABLE, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-2033 (RGA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

      This case has been stayed pending settlement since the parties filed a stipulation on April 27, 2021 stating that the parties had reached an agreement in principle to resolve the dispute between the parties. D.I. 204. Although the parties had initially expected to finalize the settlement within 30 days, the parties have not yet finalized a settlement. The parties have exchanged mediation statements and separately met with the mediator, but the parties continue to disagree over various terms.

      The parties have previously extended the stay pending settlement by stipulation several times, and the last stipulation extended the stay until August 10, 2021. D.I. 210. Given the amount of time this case has already been stayed, the parties believe that a further complete stay of this case is not warranted. For example, Judge Bryson recently lifted the stay in *TC Tech v. Sprint*, C.A. No. 16-153, in response to a request from TC Tech (a Charter subsidiary) to maintain its trial date.

79410124.2

When this case was first stayed pending settlement in April 2021, Charter's early motion for summary judgment of non-infringement (D.I. 188, "ESJM") was pending and had been referred to Magistrate Judge Thynge, and the case was otherwise stayed pending resolution of the ESJM.  (D.I. 185).  The parties respectfully submit that the case should be returned to the situation that existed prior to April 27, 2021 (i.e., all proceedings stayed during pendency of the ESJM).  The parties further propose that they submit a status report within 7 days of a decision on the ESMJ.

| POLSINELLI PC | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Stephen J. Kraftschik* | */s/ Kelly E. Farnan* |
| Stephen J. Kraftschik (#5623) | Kelly E. Farnan (#4395) |
| Christina B. Vavala (#6135) | One Rodney Square |
| 222 Delaware Avenue, Suite 1101 | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 252-0924 | (302) 651-7700 |
| skraftschik@polsinelli.com | farnan@rlf.com |
| cvavala@polsinelli.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

August 18, 2021